**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01438-LTB-CBS

BARBARA O'CONNOR,

       Plaintiff,

v.

LEE PALMER, and
STEPHEN PALMER,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Doc 8 - filed October 9, 2007) is **GRANTED**. The tendered First Amended Complaint is accepted for filing.

Dated: October 17, 2007
_____