IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01438-LTB-KMT

BARBARA O'CONNOR,

     Plaintiff,

v.

LEE PALMER, and
STEPHEN PALMER,

     Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


"Defendant's Unopposed Motion to Excuse Defendants' Personal Appearance at the Settlement Conference" (#19, filed February 6, 2008) is DENIED.

Dated: February 8, 2008