# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01438-LTB-KMT

BARBARA O'CONNOR,

       Plaintiff,

v.

LEE PALMER and
STEPHEN PALMER,

       Defendants.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 24 - filed March 26, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED: March 27, 2008